```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :
                                           :
       v.                                  :        ORDER
                                           :        25-CR-40 (WFK)
DIMITRIY NEZHINSKIY and JUAN VILLAR,       :
                                           :
                       Defendants.         :
------------------------------------------------------------X
```

**WILLIAM F. KUNTZ, II, United States District Judge:**

On April 21, 2025, the Court entered an order at ECF No. 48 granting the parties' joint amendments to the briefing schedule regarding Defendant Dimitriy Nezhinskiy's and Defendant Juan Villar's pretrial detention and scheduling oral argument for Monday, June 16, 2025, at 12:00 Noon. This order was mooted by the following:

- On May 15, 2025, defense counsel for Defendant Dimitriy Nezhinskiy submitted a letter informing the Court Defendant Dimitriy Nezhinskiy "does not wish to contest the Court's [pretrial detention] order or the [G]overnment's request for continued pretrial detention at this time." ECF No. 49.

- On May 30, 2025, the Government submitted a joint letter informing the Court it had reached a plea agreement with Defendant Juan Villar and requesting the Court schedule a change-of-plea hearing. ECF No. 51.

- On June 2, 2025, the Court scheduled a change-of-plea hearing as to Defendant Juan Villar for Monday, June 16, 2025, at 12:00 Noon. ECF No. 52.

For the avoidance of doubt, the Court CANCELS the oral argument scheduled at ECF No. 48 on mootness grounds. The Court will proceed as planned with the change-of-plea hearing as to Defendant Juan Villar on Monday, June 16, 2025, at 12:00 Noon, in Courtroom 6H North at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201,

before the Honorable William F. Kuntz, II. Pursuant to ECF No. 52, the parties are directed to provide the Court with a copy of the plea agreement by Wednesday, June 11, 2025, at 5:00 P.M. Time is excluded in the interest of justice through and including that date.

SO ORDERED.

**s/ WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: June 9, 2025
      Brooklyn, New York